UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHAMIKA JEFFERSON                                   CIVIL ACTION

VERSUS                                              NO. 11-2073

MICHAEL J. ASTRUE, COMMISSIONER                     SECTION "N"(2)
OF SOCIAL SECURITY

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly, IT IS ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 2nd day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE

